## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **SHARON ORTIZ ALAMO**
SSN xxx-xx-2803

Debtor(s)

CASE NO: **21-01666-MCF**

**Chapter 13**

### TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$4,000.00**    Paid Pre-Petition: **$228.00**    Outstanding (Through the Plan): **$3,772.00**

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

Debtor's/s' Commitment Period: ☑ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.   Projected Disposable Income: **$0.00**

Liquidation Value: **$69,416.00**   Estimated Priority Debt: **$1,094.13**

If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately **$68,321.87**

With respect to the (amended) Plan date: **Nov 04, 2021  (Dkt  32)**    Plan Base: **$35,508.00**

The Trustee:   ☑ **DOES NOT OBJECT**   ☐ **OBJECTS**   Plan Confirmation   Gen. Uns. Approx. Dist.: 100 + 4.25 %

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: November 05, 2021

/s/ Mayra Arguelles, Esq.

Last Docket Verified: 35    Last Claim Verified: 8    CMC: GR