# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE | * | CASE NO. 21-01666 MCF |
|---|---|---|
| SHARON ORTIZ ALAMO | * | |
| | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTOR'S REPLY TO *TRUSTEE'S MOTION TO DISMISS* DOCKET NO. 41 AND IN COMPLIANCE WITH *ORDER* DOCKET NO 43

TO THE HONORABLE COURT:

**NOW COMES, SHARON ORTIZ ALAMO,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On January 21, 2022, this Honorable Court issued the following *ORDER*:

   ### ORDER
   "The motion filed by debtor requesting extension of time to reply to Trustee's motion to dismiss (docket #42) is hereby granted". *ORDER* dated January 21, 2022, Docket No 43.

2. The Debtor hereby respectfully states that she [the Debtor] has cured the arrears in her confirmed Plan payments to the Trustee. On February 18, 2022, she made one (1) payment in the sum of $1,434.00 through check number 20063111, to cure the arrears in the Debtor's confirmed Chapter 13 Plan. Attached is copy of the aforementioned check made to the Trustee, as evidence of having cured the arrears.

3. The Debtor respectfully submits that the Plan arrears in the confirmed Plan payments have been cured, thus, the Debtor respectfully requests the Court grant the present reply to the *Trustee's Motion to Dismiss*, Docket No. 41, in compliance with this Court's *ORDER*, Docket No. 43, in the above captioned case.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing reply to the Trustee's motion requesting

dismissal Docket No. 41 and in compliance with *ORDER* dated January 21, 2022, Docket No. 43, in the above captioned case.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send sent notice of same to the following: the Chapter 13 Trustee and to all CM/ECF participants; I also certify that a copy of this motion was sent via US Mail to the Debtor Sharon Ortiz Alamo, HC01 Box 12025, Carolina PR 00987.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of February, 2022.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Purchaser: SHARON ORTIZ-ALAMO

Payee: JOSE R CARRION
CASO 21-01666/MCF13

Branch: 0042
Teller: 23435p

Amount: $1,434.00
Fee: $10.00
Total: $1,444.00

**NON-NEGOTIABLE**

---

1First Bank

Manager's Check

Check No. 20063111
101-71477/2215
Date: 02/18/2022

Purchaser: SHARON ORTIZ-ALAMO

Pay One Thousand Four Hundred Thirty-Four and 00/100ths Dollars

$**1,434.00**
DOLLAR ONE COMMA FOUR THREE FOUR ZERO ZERO ZERO ZERO

To The
Order of: JOSE R CARRION
CASO 21-01666/MCF13

Valid for Six Months After Issue Date

Branch 0042    Teller No. 23435p

FDIC DRAWN ON FIRSTBANK
SAN JUAN, PUERTO RICO

YYNS-5001-0911R

⑈"20063111"⑈ ⑆221571473⑆: 4203000025⑈"    40