IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:                              CASE NO. 21-01666-MCF13

SHARON ORTIZ ALAMO                  Chapter 13


xx-xx-2803

            Debtor(s)       FILED & ENTERED ON MAR/10/2022

<u>ORDER</u>

    The Trustee is to file within 14 days an updated status of plan payments report.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 10 day of March, 2022.


                                    Mildred Caban
                              Mildred Caban Flores
                         United States Bankruptcy Judge