IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

IN RE:

SHARON ORTIZ ALAMO

xx-xx-2803

                Debtor(s)

CASE NO. 21-01666-MCF13

Chapter 13

FILED & ENTERED ON JUN/22/2022

ORDER

The motion filed by debtor requesting extension of time to reply to Trustee's motion to dismiss (docket #53) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22 day of June, 2022.

Mildred Caban

Mildred Caban Flores
United States Bankruptcy Judge