IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-01666/MCF |
|---|---|
| SHARON ORTIZ ALAMO | CHAPTER 13 |
| DEBTOR | |

**DEBTOR'S REPLY TO *MOTION TO DISMISS*, DOCKET NO. 59
AND IN COMPLIANCE WITH *ORDER*, DOCKET NO. 64.**

**TO THE HONORABLE COURT:**

**COMES NOW, SHARON ORTIZ ALAMO**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 59, whereby the Trustee requests the Court to dismiss the present Chapter 13 case based on Plan arrears incurred by the Debtor, in the sum of $1,155.00, in the above captioned case.

2. On June 7, 2022, this Honorable Court issued an *ORDER*, Docket No. 64, whereby the Debtor is Ordered to reply within 21 days to the *Trustee's Motion to Dismiss* (Docket No. 59), which Order became due by November 23, 2022.

3. The Debtor hereby respectfully informs the Court that on November 23, 2022, she made one (1) $529.00 payment, money order number 19-0374847521, to cure the balance in the arrears in the confirmed Plan. Attached is copy of the payment made to the Trustee, as evidence of having cured arrears.

4. The Debtor respectfully submits that she is up-to-date in the confirmed Plan payments, thus, respectfully requests the Court to take note of said Plan payment made and deny the *Trustee's Motion to Dismiss*, Docket No. 59, in the above captioned case.

**WHEREFORE,** the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing Reply to the *Trustee's Motion to Dismiss*, Docket No. 59, and in compliance with *Order* dated November 7, 2022, Docket No. 64, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of the same to the Chapter 13 Trustee, I also certify that a copy of this motion was sent via US Mail to the Debtor to her address of record.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 28th day of November, 2022.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699/787-963-7699
EMAIL: rfc@rfigueroalaw.com

